Opinion filed December 5, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00276-CV

_____

### ROBERT OCHOA, Appellant

### V.

### JANIE CHRISTINA OCHOA, Appellee

**On Appeal from the 1st Multicounty Court at Law**

**Nolan County, Texas**

**Trial Court Cause No. CC-6479**

## M E M O R A N D U M   O P I N I O N

Appellant, Robert Ochoa, filed a notice of appeal in this cause. The trial court subsequently granted a motion for new trial. Upon receiving the trial court's order granting a new trial, we issued a letter dated November 15, 2013, in which we questioned the mootness of this appeal. In the letter, we requested that Appellant respond on or before November 25, 2013, and we informed Appellant that this appeal would be subject to dismissal if he failed to respond and show

grounds to continue the appeal. TEX. R. APP. P. 42.3. Appellant has not filed a response. Consequently, we dismiss the appeal pursuant to Rule 42.3(c).

This appeal is dismissed.

PER CURIAM

December 5, 2013

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.